# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| LANDUS COOPERATIVE,<br><br>Plaintiff,<br><br>v.<br><br>NEW COOPERATIVE, INC., JEFFREY RYAN HEADLEY, and BRIAN DAVID BERNS,<br><br>Defendants. | Case No. 3:21-cv-03003<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, that this action and any and all claims asserted therein are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41(b), with each party bearing its own costs, expenses, and attorneys' fees.

Dated: April 14, 2021

| **FAEGRE DRINKER BIDDLE & REATH LLP** | **JOHNSON LAW FIRM** |
|---|---|
| */s/ Angela Gray* <br> Jesse Linebaugh, AT0004744 <br> *Jesse.Linebaugh@FaegreDrinker.com* <br> Angela Gray, AT0005476 <br> *Angela.Gray@FaegreDrinker.com* <br> Gavin Quill, AT0011036 <br> *Gavin.Quill@FaegreDrinker.com* <br> 801 Grand Avenue, 33rd Floor <br> Des Moines, Iowa 50309 <br> Telephone: (515) 248-9000 <br> Facsimile: (515) 248-9010 <br><br> **ATTORNEYS FOR PLAINTIFF LANDUS COOPERATIVE** | */s/ Stu Cochrane* <br> Stu Cochrane, AT0001504 <br> stu.cochrane@johnsonlawia.com <br> Brian L. Yung, AT0008665 <br> brian.yung@johnsonlawia.com <br> 809 Central Ave., Suite 600 <br> Ford Dodge, Iowa 50501 <br> Telephone: (515) 573-2181 <br> Facsimile: (515) 573-2548 <br><br> **ATTORNEYS FOR DEFENDANTS NEW COOPERATIVE, INC., JEFFREY HEADLEY, AND BRIAN BERNS** |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 14, 2021, a true copy of the foregoing instrument was filed electronically with the Clerk of Court, which will automatically deliver a copy of same to counsel listed below.

                                          */s/ Lynda Dennis*

Stu Cochrane, AT0001504
Brian L. Yung, AT0008665
809 Central Ave., Suite 600
Ford Dodge, Iowa 50501
stu.cochrane@johnsonlawia.com
brian.yung@johnsonlawia.com

*Attorneys for Defendants*